1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SIMON THORNTON,

        Plaintiff,

   v.

L. DILEO, et al.,

        Defendants.

**CASE NO. 1:14-cv-0920-LJO-MJS (PC)**

**ORDER REGARDING LODGED THIRD AMENDED COMPLAINT**

**(ECF No. 14)**

**CLERK TO RETURN THIRD AMENDED COMPLAINT TO PLAINTIFF**

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On December 24, 2014, Plaintiff filed a motion for voluntary dismissal. (ECF No. 12.) The action was dismissed without prejudice on January 5, 2015. (ECF No. 13.) Also on January 5, 2015, Plaintiff lodged a proposed third amended complaint. (ECF No. 14.)

The action is closed and Plaintiff's third amended complaint will not be filed. Plaintiff may, if he chooses, refile his proposed complaint in a new action. The Clerk's Office is HEREBY DIRECTED to return the lodged third amended complaint (ECF No. 14) to Plaintiff.

IT IS SO ORDERED.

   Dated:    __January 12, 2015__           __/s/ Michael J. Seng__

                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2